UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAVIDSON, | No. SACV 20-1405 PA (MRWx) |
| Plaintiff, | JUDGMENT AND PERMANENT INJUNCTION |
| v. | |
| EMPIRE BROTHERS, INC. D/B/A 7 DAYS LIQUOR 2; NEW URBAN WEST INVESTMENT CAPITAL LLC; NEW URBAN WEST, LLC; and DOES 1 to 10, | |
| Defendants. | |

In accordance with the Court's April 29, 2021 Order granting the Motion for Default Judgment filed by plaintiff Kenneth Davidson ("Plaintiff"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.      Plaintiff shall have judgment in his favor and against defendant New Urban West, LLC ("Defendant"); and

2.      Defendant shall pay to Plaintiff the total amount of $400.00 for the filing fee; and

3.      Defendant is ordered to provide an accessible parking space at the property located at 5201 E. Orangethorpe Avenue, Anaheim, California, in compliance with the Americans with Disabilities Act Accessibility Standards; and

1    4.    Plaintiff shall have his costs of suit.

2

3   DATED: April 29, 2021

4                                                    _____
                                                          Percy Anderson
5                                                   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28